# ELECTRONIC RECORD

**1215-14**

COA #   07-13-00066-CR                    OFFENSE:   1.01

STYLE:   Jordan Allen v. The State of Texas    COUNTY:   Lubbock

COA DISPOSITION:      AFFIRMED         TRIAL COURT:   County Court at Law No 2

DATE: 08/12/2014              Publish: NO   TC CASE #:   2011-466,388

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jordan Allen v. The State of Texas       CCA #:   **1215-14**

_____APPELLANT'S_____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____         JUDGE: _____

DATE: ___12/10/2014_____         SIGNED: _____      PC: _____

JUDGE: _____Per Curiam_____         PUBLISH: _____      DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**